# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140406

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY F. BEECHLER,
       Plaintiff-Appellant,

v

SC: 140406
COA: 294100
WCAC: 08-000257

GENERAL MOTORS CORPORATION,
       Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

0419

_____
Clerk